**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN ROBERT PAYNE, SR. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. JFM-14-119 |
| | * | |
| SCI-SUPERINTENDENT TRITT, ET AL. | * | |
| | * | |
| Defendant. | * | |

*******

## ORDER

I have reviewed U.S. Magistrate Judge Susan Paradise Baxter's November 12, 2014 Report and Recommendations, to which no objections have been filed. I agree with Judge Baxter's rationale and recommended disposition. Therefore, it is, this 22nd day of December, 2014 ORDERED that:

1. Judge Baxter's Report and Recommendations (ECF No. 19) BE, and HEREBY IS, ADOPTED as an order of the Court;

2. the Clerk of Court shall CLOSE this case; and

3. the Clerk shall send copies of this Order to counsel for the parties.


      /s/J. Frederick Motz
J. Frederick Motz
United States District Judge